# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] COMPLAINT  [ ] INFORMATION  [ ] INDICTMENT  [ ] SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location:
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

## OFFENSE CHARGED

- 18 U.S.C. § 115(a)(1)(A), (b).
- 18 U.S.C. § 1201(d)

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

**PENALTY:**
- 30 years imprisonment on 18 U.S.C. § 115(a)(1)(A), (b), and 20 years maximum imprisonment on 18 U.S.C. § 1201(d)
- 3 years of supervised release
- $100 special assessment
- $250,000 fine

### DEFENDANT - U.S

David Wayne Depape

DISTRICT COURT NUMBER
3:22-mj-71419 MAG

**FILED**
Oct 31 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI SA Stephanie Minor

[X] person is awaiting trial in another Federal or State Court, give name of court
San Francisco, California

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  [ ] U.S. ATTORNEY   [ ] DEFENSE

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Stephanie M. Hinds
[ ] U.S. Attorney   [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Laura Vartain

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) [ ] If not detained give date any prior summons was served on above charges
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [ ] On this charge
5) [ ] On another conviction   [ ] Federal  [ ] State
6) [X] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
San Francisco, California

Has detainer been filed?  [ ] Yes  [X] No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
October 28, 2022

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
[ ] SUMMONS  [ ] NO PROCESS*  [X] WARRANT   Bail Amount: No bail

If Summons, complete following:
[ ] Arraignment  [ ] Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:            Before Judge:

Comments: